IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-40727
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO DEANDA,

Defendant-Appellant.

_____

Appeal from the United States District Court for
the Southern District of Texas
(USDC No. V-00-CR-40-1)
_____
December 15, 2000


Before REAVLEY, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Defendant-appellant Pedro Deanda pleaded true to the allegation that he

violated a term of his supervised release.  He argues that under 18 U.S.C. §

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited circumstances
set forth in 5TH CIR. R. 47.5.4.

3583(e)(3), *amended by* 18 U.S.C. § 3583(h), the district court lacked the power to sentence him to a term in prison followed by supervised release. This argument was decided against him in *Johnson v. United States*, 120 S.Ct. 1795, 1807 (2000). Despite appellant's disagreement with *Johnson*, it is the law.

AFFIRMED.